# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STATE BANK & TRUST CO.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 16-5053** |
| **M/V LIL AL, in rem ET AL.** | **SECTION "H"** |

## ORDER

The Court, having reviewed the verified Complaint filed in this action pursuant to Local Admiralty Rule 4.1.B and Federal Rule of Civil Procedure C, finds that all of the conditions for an in rem action appear to exist.

Accordingly;

**IT IS ORDERED** that the Clerk of Court issue a warrant for the arrest of the M/V Lil Al, Official Number 1250213, the M/V Mr. Alan, Official Number 1040047, and the M/V L/B Whitney, Official Number D644343, all presently located within the jurisdiction of the Eastern District of Louisiana.

**IT IS FURTHER ORDERED** that Plaintiff agrees to release and to hold harmless and indemnify the United States of America, the United States

Marshall Service, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest of the vessels listed herein.

New Orleans, Louisiana this 16th day of May, 2016.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**