UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STATE BANK & TRUST CO.** | **CIVIL ACTION NO. 16-5053** |
| **VERSUS** | **(IN ADMIRALTY)** |
| **M/V LIL AL, <u>in rem</u>, M/V MR. ALAN, <u>in rem</u>, M/V L/B WHITNEY, <u>in rem</u>, C & G LIFTBOATS, L.L.C., AMC LIFTBOATS, INC., A/K/A A.M.C. LIFTBOATS, INC., POLLY D. CHERAMIE AND ADAM A. CHERAMIE, <u>in personam</u>** | **SEC. "H" MAG ____** |

## ORDER

CONSIDERING THE FOREGOING MOTION TO APPOINT SUBSTITUTE CUSTODIAN,

IT IS ORDERED that the plaintiff, State Bank & Trust Company, and the substitute custodian, Dale Mitchell in consideration of the United States Marshal's consent to the substitution of custody, shall indemnify, hold harmless, and release the United States Marshal, the United States of America, their agents, servants, employees, and all others for whom they are responsible, from any and all liability and responsibility arising out of the care and custody of the vessel, her engines, tackle, appurtenances, furnishings, etc., from the date of the transfer of possession of said vessel, her engines, tackle, appurtenances, furnishings, etc., and,

IT IS FURTHER ORDERED that plaintiff, State Bank & Trust Company as complainant and Dale Mitchell, as substitute custodian, shall defend the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible,

against all claims and actions arising out of said substitute custody and further, shall indemnify and hold harmless and be responsible to pay and satisfy all claims and judgments that might arise out of said substitute custody and shall be responsible and indemnify and hold harmless the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, for all attorneys' fees, costs, expenses and disbursements incurred in defending against such claims or actions arising out of said substitute custody, and;

IT IS FURTHER ORDERED that complainant, State Bank & Trust Company and the substitute custodian, Dale Mitchell, shall defend the United States of America, the United States Marshal, their agents, servants, employees and all others for whom they are responsible, against all claims and actions, arising out of said substitute custody and, further shall indemnify and hold harmless and be responsible to pay and satisfy all claims and judgments that might arise out of said substitute custody and shall be responsible and indemnify and hold harmless the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, for all attorneys' fees, costs, expenses and disbursements incurred in defending against such claims or actions arising out of said substitute custody.

IT IS FURTHER ORDERED  that the United States Marshal for the Eastern District of Louisiana shall surrender possession of the Defendant vessels to the substitute custodian named herein upon executing the warrant in this action;

IT IS FURTHER ORDERED that Dale Mitchell be, and is hereby, appointed the custodian of said vessels, to retain the same in his custody for possession and safekeeping for the aforementioned compensation until further Order of the Court:

IT IS FURTHER ORDERED that the United States Marshal's costs be paid prior to release of said vessels;

IT IS FURTHER ORDERED that the substitute custodian must receipt for the vessels and the United States Marshal must attest to the date and time of release on a certified copy thereof;

IT IS FURTHER ORDERD that the Plaintiff's attorney will serve the owners of the M/V Lil Al, Official Number 1250213, the M/V Mr. Alan, Official Number 1040047 and the M/V L/B Whitney, Official Number D644243, with a copy of this Order.

ORDERED AT NEW ORLEANS, Louisiana this 19th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE