**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| State Bank & Trust Company | 16-5053 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| M/V Lil Al, In Rem, et al | Warrant of Arrest |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Bobby Lynn's South Marina (M/V Lil Al)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
143 Moore Road, Golden Meadow, LA 70357

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

George J. Ledet, Jr.
Attorney at Law
15045 East Main Street
Cut Off, LA 70345

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Contact Dale Mitchell, substitute custodian at c/o Steve Lefort at 985-475-5826.

RECEIVED 2016 JUN -3 PM 1:00 EASTERN DISTRICT OF LOUISIANA UNITED STATES MARSHAL

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 985-632-7993
DATE: June 3, 2016

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 34 | District to Serve No. 34 | Signature of Authorized USMS Deputy or Clerk  Vita Jones | Date 6/3/16 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Dale Mitchell, Substitute Custodian

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 6-6-16   Time: 7:30 ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | 0 | 0 | $65.00 | | $0.00 |

REMARKS:

DISTRIBUTE TO:  1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| State Bank & Trust Company | WARRANT OF ARREST |
| VS. | CIVIL ACTION |
| LIL AL M/V ET AL | NO: 16-5053 |
| | SECTION: H (2) |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshal of the Eastern District of Louisiana, or to his lawful Deputy:

GREETING:

    You are hereby Commanded to seize, and take into your possession and hold, subject to the orders of this Court, the following property, to wit:

M/V Lil Al, Official Number 1250213

and how you have executed this warrant that you make due and prompt return.

    If the character or situation of the property is such that the taking of actual possession is impracticable, you shall execute this process by affixing a copy of same to the property in a conspicuous place and by leaving a copy of the complaint and process with the person having possession or his agent.

WITNESS, THE HONORABLE JUDGES OF THIS COURT,

at New Orleans, Louisiana, this 16 day of May, 2016

WILLIAM W. BLEVINS, CLERK

By: _____
      Deputy Clerk

NOTE:    Rule C(6) of the SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS provides that a person who asserts a right of possession or any ownership interest in the property that is the subject of this action must file a verified statement of right or interest within 14 days after the process has been executed or within such other time as the court allows and shall file an answer within 21 days after filing the statement of interest or right. The statement of right or interest must describe the interest in the property that supports the person's demand for its restitution or right to defend the action. An agent, bailee or attorney must state the authority to file the statement of right or interest on behalf of another. At the time of answering the complaint, the claimant must also serve answers to any interrogatories served with the complaint

ISSUED FOR:    George Joseph Ledet , Jr.
                      15045 East Main Street
                      Cut Off, LA 70345
                      985-632-7993