UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STATE BANK & TRUST CO. | ) | CIVIL ACTION NO. 16-05053 |
| | ) | |
| VERSUS | ) | (IN ADMIRALTY) |
| | ) | |
| M/V LIL AL, in rem, M/V MR. ALAN, | ) | SEC. "H", MAG. 2 |
| In rem, M/V L/B WHITNEY, in rem, | ) | |
| C & G LIFTBOATS, L.L.C., AMC | ) | |
| LIFTBOATS, INC., A/K/A/ A.M.C. | ) | |
| LIFTBOATS, INC., POLLY D. | ) | |
| CHERAMIE AND ADAM A. | ) | |
| CHERAMIE, in personam | ) | |

### VERIFIED COMPLAINT IN INTERVENTION

NOW INTO COURT, through undersigned counsel, comes Intervenor, Industrial Diesel Service, L.L.C. (hereinafter referred to as "Industrial Diesel"), which files the following Complaint in Intervention pursuant to Rule C of the Supplementary Rules for Admiralty and Maritime Claims to the Federal Rules of Civil Procedure, and in support thereof, respectfully avers as follows:

1.

The claim is within the jurisdiction of the United States and this Honorable Court pursuant to 28 U.S.C. §1333, 46 U.S.C. §31342, and this is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.

Intervenor, Industrial Diesel Service, L.L.C., is a Louisiana Limited Liability Company organized and existing under the laws of the State of Louisiana.

1


EXHIBIT "A"

3.

The vessel M/V MR. ALAN (Official Number 1040047) was, and still is, a vessel engaged in commerce upon navigable waters and is now within the jurisdiction of the United States and this Honorable Court, under arrest pursuant to the Warrant of Arrest issued by this Honorable Court on May 16, 2016.

4.

The vessel M/V L/B WHITNEY (Official Number 644243) was, and still is, a vessel engaged in commerce upon navigable waters and is now within the jurisdiction of the United States and this Honorable Court, under arrest pursuant to the Warrant of Arrest issued by this Honorable Court on May 16, 2016.

5.

The owner of the M/V MR. ALAN and the M/V L/B WHITNEY, AMC Liftboats, Inc. (hereinafter referred to as "AMC"), is a Louisiana Corporation, domiciled in the Parish of Lafourche, with its principal place of business in Golden Meadow, Louisiana.

6.

AMC was invoiced for labor, materials, and other necessary services furnished to the M/V MR. ALAN. AMC thereafter failed, neglected, and refused to pay Industrial Diesel for the labor, materials, and other necessary services furnished to the M/V MR. ALAN.

7.

The principal value of the labor, materials, and other necessary services furnished by Industrial Diesel to the M/V MR. ALAN is TEN THOUSAND NINE HUNDRED TWELVE

DOLLARS AND FIFTY-THREE CENTS ($10,912.53), together with interest, costs, and other recoverable damages.

8.

Industrial Diesel's maritime lien for necessaries against the M/V MR. ALAN arose on or about February 2, 2015 when Industrial Diesel began its work on the M/V MR. ALAN. Industrial Diesel made repairs to the engines and generator of the M/V MR. ALAN, giving rise to its lien on the Vessel. A Notice of Claim of Lien and Declaration of Industrial Diesel regarding the M/V MR. ALAN were received for recordation by the U.S. Coast Guard at its National Vessel Documentation Center on or about May 9, 2015.

9.

The amounts due Industrial Diesel constitute a maritime lien on the M/V MR. ALAN pursuant to the Admiralty and Maritime Laws of the United States, enforceable in accordance with Rule C of the Supplementary Rules for Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Industrial Diesel is entitled to the priority accorded it as a matter of law.

10.

Further, AMC was invoiced for labor, materials, and other necessary services furnished to the M/V L/B WHINTEY. AMC thereafter failed, neglected, and refused to pay Industrial Diesel for the labor, materials, and other necessary services furnished to the M/V L/B WHITNEY.

11.

The principal value of the labor, materials, and other necessary services furnished by Industrial Diesel to the M/V L/B WHITNEY is EIGHT THOUSAND TWO HUNDRED

3

THIRTY-TWO DOLLARS AND SEVENTY-ONE CENTS ($8,232.71), together with interest, costs, and other recoverable damages.

12.

Industrial Diesel's maritime lien for necessaries against the M/V L/B WHITNEY arose on or about April 8, 2015 when Industrial Diesel began its work on the Vessel. Industrial Diesel made repairs to the engines, generator, and fuel pump of the M/V L/B WHITNEY, giving rise to its lien on the Vessel. A Notice of Claim of Lien and Declaration of Industrial Diesel regarding the M/V L/B WHITNEY were received for recordation by the U.S. Coast Guard at its National Vessel Documentation Center, on or about June 15, 2016.

13.

The amounts due Industrial Diesel constitute a maritime lien on the M/V L/B WHITNEY pursuant to the Admiralty and Maritime Laws of the United States, enforceable in accordance with Rule C of the Supplementary Rules for Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Industrial Diesel is entitled to the priority accorded it as a matter of law.

14.

All and singular the premises are true and correct within the admiralty and maritime jurisdiction and civil jurisdiction of the United States of America and this Honorable Court.

**WHEREFORE**, Industrial Diesel Service, L.L.C. respectfully prays:

a. That process in the form of law and practice of this Court in causes of admiralty and maritime jurisdiction issue against the M/V MR. ALAN (Official Number 1040047) and its

4

masts, boilers, etc., *in rem*, and that all persons or entities claiming an in interest in said Vessel be cited to answer all the matters aforesaid;

  b. That process in the form of law and practice of this Court in causes of admiralty and maritime jurisdiction issue against the M/V L/B WHITNEY (Official Number 644243) and its masts, boilers, etc., *in rem*, and that all persons or entities claiming an in interest in said Vessel be cited to answer all the matters aforesaid;

  c. That Industrial Diesel's maritime lien for labor, materials, and other necessary services to the M/V MR. ALAN be declared a valid and subsisting lien in the amount of TEN THOUSAND NINE HUNDRED TWELVE DOLLARS AND FIFTY-THREE CENTS ($10,912.53), together with interest, costs, and other recoverable damages;

  d. That Industrial Diesel's maritime lien for labor, materials, and other necessary services to the M/V L/B WHITNEY be declared a valid and subsisting lien in the amount of EIGHT THOUSAND TWO HUNDRED THIRTY-TWO DOLLARS AND SEVENTY-ONE CENTS ($8,232.71), together with interest, costs, and other recoverable damages;

  e. That this Court enter judgment in favor of Industrial Diesel and against the M/V MR. ALAN (Official Number 1040047) for the principal sum of TEN THOUSAND NINE HUNDRED TWELVE DOLLARS AND FIFTY-THREE CENTS ($10,912.53), plus interest, costs and reasonable and that the M/V MR. ALAN, its masts, boilers, etc., be condemned and sold to pay same;

  f. That this Court enter judgment in favor of Industrial Diesel and against the M/V L/B WHITNEY (Official Number 644243) for the principal sum of EIGHT THOUSAND TWO HUNDRED THIRTY-TWO DOLLARS AND SEVENTY-ONE CENTS ($8,232.71), plus

interest, and costs and that the M/V L/B WHITNEY, its masts, boilers, etc., be condemned and sold to pay same;

      g.    That this be decreed that any and all firms, persons or entities claiming any interest in the M/V MR. ALAN (Official Number 1040047) are forever barred and foreclosed from all rights or equity or redemption claim, of, in and to said Vessel and every part thereof;

      h.    That this be decreed that any and all firms, persons or entities claiming any interest in the M/V L/B WHITNEY (Official Number 644243) are forever barred and foreclosed from all rights or equity or redemption claim, of, in and to said Vessel and every part thereof; and

      i.    That Industrial Diesel be entitled to any and all such further relief as the justice of this cause may require.

                                  Respectfully submitted,

                                  **REICH, ALBUM & PLUNKETT, L.L.C.**

                                  */s/ Robert S. Reich*
                                **ROBERT S. REICH (#11163)**
                                **DANIEL E. LEVY (#35884)**
                                Two Lakeway Center, Suite 1000
                                3850 N. Causeway Boulevard
                                Metairie, Louisiana 70002
                                Telephone: (504) 830-3999
                                Facsimile: (504) 830-3950
                                ***Attorneys for Industrial Diesel Service, L.L.C.***

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 5th day of July, 2016, electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties to this proceeding.

/s/ Robert S. Reich
**ROBERT S. REICH**

**PLEASE FORWARD A COPY OF THIS COMPLAINT IN INTERVENTION TO THE U.S. MARSHALL TO BE POSTED ABOARD THE M/V MR. ALAN AND THE L/B WHITNEY.**