# nola.com | The Times-Picayune
## NOLA MEDIA GROUP

ONE CANAL PLACE, 365 CANAL ST., STE 3100, NEW ORLEANS, LOUISIANA 70130
TELEPHONE (504) 826-3201



**Exhibit A
Attached**

I attest that the copy attached hereto as "Exhibit A" is a true and correct copy of the advertisement published in The Times-Picayune on these dates.

State of Louisiana

Parish of Orleans

City of New Orleans

Personally appeared before me, a Notary in and for the parish of Orleans, Donna Laird who deposes and says that she is Administrative Assistant of NOLA Media Group, a division of The Times-Picayune, L.L.C., a Louisiana limited liability company, and Publishers of The Times-Picayune, Daily and Sunday, of general circulation; doing business in the City of New Orleans and the State of Louisiana, and that the attached LEGAL

Re: STATE BANK & TRUST CO.

Advertisement of    GEORGE J LEDET JR

15045 EAST MAIN STREET
CUT OFF, LA 70345

Was published in    The Times Picayune

3800 Howard Ave.
New Orleans, LA 70125

On the following dates    JUNE 15,22,2016

Sworn to and subscribed before me this 7TH Day of JULY, 2016

Notary Public

My commission expires at my death.
Charles A. Ferguson, Jr.
Notary identification number 23492

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

STATE BANK & TRUST CO.

CIVIL ACTION NO. 16-05053

VERSUS      (IN ADMIRALTY)

SEC. H  MAG 2

M/V LIL AL, in rem, M/V MR ALAN, in rem, M/V L/B WHITNEY, in rem, C & G LIFTBOATS, L.L.C., AMC LIFTBOATS, INC., A/K/A A.M.C. LIFTBOATS, INC., POLLY D. CHERAMIE AND ADAM A. CHERAMIE, in personam

## NOTICE

"To any and all persons, firms and corporations who have recorded or may record notice of an undischarged lien against the Oil Screw M/V LIL AL, Official Number 1250213, M/V MR ALAN, Official Number 1040047 and the M/V L/B WHITNEY, Official Number D644243 and to all persons, firms and corporations whomsoever:

Notice is hereby given that on May 11, 2016, State Bank & Trust Company filed a complaint in rem against the Oil Screw M/V LIL AL, Official Number 1250213, M/V MR ALAN, Official Number 1040047 and the M/V L/B WHITNEY, Official Number D644243 in the United States District Court in and for the Eastern District of Louisiana in a case entitled State Bank & Trust Company versus M/V Lil Al, in rem, et al, Case Number 16-05053, to enforce a maritime lien on said vessels recorded with the United States Coast Guard, Martinsburg, West Virginia, the said lien against the M/V LIL AL having been recorded on May 7, 2014 in Batch 19409800, DOC ID 3; the said lien against the M/V MR ALAN having been dated December 5, 2007 and being recorded on December 12, 2007 in Batch 616355, Doc ID 8141434; the said lien against the M/V L/B WHITNEY, dated September 30, 2004 and recorded on October 12, 2004 in Batch 297151, Doc ID 2762971 as well as a preferred ship mortgage dated November 22, 2005 recorded on November 28, 2005 in Batch 431640, Doc ID 4576795, said mortgages having been recorded in the Office of the Documentation Officer, National Vessel Documentation Center, Martinsburg, West Virginia. Said vessels were duly seized by the U.S. Marshal on June 6, 2016. All claimants are advised that they must file their claims pursuant to Admiralty Rule (C) (4) with the Clerk of Court, U.S. District Court, Eastern District of Louisiana and serve them on the attorney for the complainant, George J. Ledet, Jr., 15045 East Main Street, Cut Off, Louisiana 70345 within twenty one (21) days after the date of the first publication and must serve their answers within twenty one (21) days after the filing of their right of possession or any ownership interest in the vessel. If all claimants do not proceed accordingly, default may be entered and condemnation ordered. In addition, any application for intervention under Rule 24 of the Federal Rules of Civil Procedure by persons claiming maritime liens or other interest may be untimely if not filed within the time allowed for claims to possession.

Ordered at New Orleans, Louisiana this 8th day of June, 2016.

/S/ Jane Triche Milazzo

UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF
LOUISIANA"

/S/ GEORGE J. LEDET, JR.
George J Ledet, Jr. # 08255
Attorney for Complainant
15045 East Main Street
Cut Off, Louisiana 70345
Phone (985) 632-7993
La. Bar Roll # 8255
Email: gledet@mobiletel.com