UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STATE BANK & TRUST CO. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 16-5053-JTM-JCW |
| | * | |
| M/V LIL AL, *in rem*, M/V MR. ALAN, | * | SECTION "H" (JUDGE MILAZZO) |
| *in rem*, M/V L/B WHITNEY, *in rem*, | * | |
| C & G LIFTBOATS, L.L.C., AMC | * | MAG. 2 (MAG. WILKINSON) |
| LIFTBOATS, INC., A/K/A A.M.C. | * | |
| LIFTBOATS, INC., POLLY D. | * | |
| CHERAMIE AND ADAM A. | * | |
| CHERAMIE, *in personam* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION FOR EXTENSION OF TIME TO ANSWER

NOW INTO COURT, through undersigned counsel, making restricted appearances according to Supplemental Admiralty Rule E(8), come defendants, C&G Liftboats, L.L.C., as owner and claimant of the defendant vessel M/V LIL AL, and A.M.C. Liftboats, Inc., as owner and claimant of the defendant vessels M/V MR. ALAN and M/V L/B WHITNEY. According to Local Rule 7.8 and Local Admiralty Rule 64.1, C&G Liftboats and A.M.C. Liftboats move *ex parte* for an Order granting them an additional twenty-one (21) days, up to and including August 23, 2016, in which to file their respective Answers in response to plaintiff's Complaint. Movants certify that there has been no previous extension of time for them to answer plaintiff's Complaint and that the opposing party has not filed in the record an objection to an extension of time.

Respectfully submitted,

*/s/ Christopher T. Caplinger*
STEWART F. PECK, T.A. (Bar #10403)
CHRISTOPHER T. CAPLINGER (Bar #25357)
DAVID B. SHARPE (Bar #20370)

L<small>UGENBUHL</small>, W<small>HEATON</small>, P<small>ECK</small>,
 R<small>ANKIN</small> & H<small>UBBARD</small>,
601 Poydras Street, Suite 2775
New Orleans, LA  70130
Telephone:  (504) 568-1990
Fax:  (504) 310-9195
Attorneys for C & G Liftboats, L.L.C.
  and A.M.C. Liftboats, Inc.

**C**ERTIFICATE OF **S**ERVICE

   I hereby certify that on August 2, 2016, a copy of the foregoing *Ex Parte* Motion for Extension of Time to Answer was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                       */s/ Christopher T. Caplinger*
                                       Christopher T. Caplinger