UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STATE BANK & TRUST CO. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 16-5053-JTM-JCW |
| | * | |
| M/V LIL AL, *in rem*, M/V MR. ALAN, *in rem*, M/V L/B WHITNEY, *in rem*, C & G LIFTBOATS, L.L.C., AMC LIFTBOATS, INC., A/K/A A.M.C. LIFTBOATS, INC., POLLY D. CHERAMIE AND ADAM A. CHERAMIE, *in personam* | * * * * * * * * | SECTION "H" (JUDGE MILAZZO) MAG. 2 (MAG. WILKINSON) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing *Ex Parte* Motion for Extension of Time to Answer, filed by C&G Liftboats, L.L.C. and A.M.C. Liftboats, Inc.,

IT IS ORDERED that the motion is granted. C & G Liftboats, L.L.C., as owner and claimant of the defendant vessel M/V LIL AL, and A.M.C. Liftboats, Inc., as owner and claimant of the defendant vessels M/V MR. ALAN and M/V L/B WHITNEY, be and hereby are granted an extension of twenty-one (21) days, up to and including August 23, 2016, in which to file their respective answers in response to plaintiff's Complaint (doc. 1).

New Orleans, Louisiana, this 3rd day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE