UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE BANK & TRUST COMPANY | CIVIL ACTION |
| VERSUS | NO. 16-5053 |
| LIL AL M/V ET AL | SECTION "H"(2) |

### NOTICE TO SHOW CAUSE

The record reflects that a complaint was filed in the above-captioned matter on May 11, 2016. As of this date, service has not been effected upon defendants, Polly D. Cheramie & Adam A. Cheramie.

> Rule 4(m) of the Federal Rules of Civil Procedure provides:
>
> Time Limit For Service. If service of the summons and complaint is not made upon a defendant within 90 days after the filing of the complaint, the court upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Plaintiff's counsel is instructed to file proof of service by **Tuesday, August 23, 2016,** or show good cause, in writing, why service of process has not been effected upon defendants.

If Plaintiff's counsel fails to comply with this Court's Notice, these defendants will be dismissed without prejudice for failure to prosecute.

    JANE TRICHE MILAZZO
    UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF LOUISIANA

Issued for the Court

By:    s/Erin Mouledous
Case Manager, Section H
504-589-7695