UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STATE BANK & TRUST CO.** | **CIVIL ACTION NO. 16-05053** |
| **VERSUS** | **(IN ADMIRALTY)** |
| **M/V LIL AL, <u>in rem,</u> M/V MR. ALAN, in rem, M/V/ L/B WHITNEY, <u>in rem</u>, C & G LIFTBOATS, L.L.C., AMC LIFTBOATS, INC., A/K/A A.M.C. LIFTBOATS, INC., POLLY D. CHERAMIE AND ADAM A. CHERAMIE, <u>in personam</u>** | **SEC. H MAG 2** |

    NOW INTO COURT, through undersigned counsel, comes the plaintiff, State Bank, who, in response to the notice to show cause represents the following:

    The counsel for plaintiff was advised by counsel for the corporate defendants that the exhibits to the complaint were not filed and accordingly, counsel attempted to file the exhibits into the record; a review of the docket clearly shows the exhibits in the record and accordingly, the attempted filing on August 28, 2016 should be dismissed and removed from the record.

    Petitioner prays that this action be deemed a sufficient response to the notice of deficiency filed herein.

    Cut Off, Parish of Lafourche, Louisiana this 15th day of August, 2016.

                                                         Respectfully Submitted,

                                                         <u>S/George J. Ledet, Jr.</u>

George J. Ledet, Jr. # 8255
Attorney for Plaintiff
15045 East Main Street
Cut Off, LA 70345
Phone (985) 632-4309
Fax (985) 632-4309